IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KEVIN SMITH                                                                                           PLAINTIFF

        v.                              Civil No. 04-3082

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## JUDGMENT

On this 31st day of August, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Frederick "Rick" Spencer, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,139.02 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

        /s/ Bobby E. Shepherd
        HONORABLE BOBBY E. SHEPHERD
        UNITED STATES MAGISTRATE JUDGE